UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CIVIL ACTION NO. 4:20-CV-00107-JHM-HBB

JUDITH G. BARCLAY                                                                                          PLAINTIFF

VS.

KILOLO KIJAKAZI, ACTING COMMISSIONER[1]
SOCIAL SECURITY ADMINISTRATION                                                       DEFENDANT

## JUDGMENT

In accordance with the order of the Court, it is **HEREBY ORDERED AND ADJUDGED** as follows:

(1) Judgment is entered in favor of the Commissioner.

(2) This is a **FINAL** judgment and the matter is **STRICKEN** from the active docket of the court.

*Joseph H. McKinley Jr., Senior Judge*
*United States District Court*

November 1, 2021

Copies:        Counsel of Record

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi is substituted for Andrew Saul as the defendant in this suit.